**Order filed December 1, 2020.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-20-00780-CV**

_____

**PENTHOL LLC, Appellant**

**V.**

**VERTEX ENERGY OPERATING, LLC, Appellee**

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-65269**

## ORDER

On November 18, 2020, this court received notice that appellant, Penthol LLC, removed the underlying proceeding to the U.S. District Court for the Southern District of Texas. Once a state case is removed, the state court "shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d). The Texas Supreme Court has held section 1446(d) applies to the Texas courts of appeals. *See Meyerland Co. v. F.D.I.C.*, 848 S.W.2d 82, 83 (Tex. 1993) (order).

Accordingly, for administrative purposes only, the appeal is abated and treated as a closed case. Any party may file a motion to reinstate the case if it is remanded by the federal court. If the case is not remanded to this court and the federal court enters a final judgment on appeal or that judgment is no longer

subject to appeal, the parties and their attorneys are ordered to inform the clerk of this court of the final disposition in federal court so the administrative abatement may be reinstated and an entry made in this court's docket that the removal resulted in a final disposition in federal court.

PER CURIAM

Panel Consists of Justices Bourliot, Zimmerer, and Spain.